MARY L. JOHNSON, Respondent, *v.* CHARLES S. COLE et al., Appellants; et al., Respondents.

(Submitted January 9, 1905; decided January 17, 1905.)

MOTION to amend remittitur so as to provide that the judgment appealed from and the interlocutory judgment entered upon the report of the referee be reversed, with costs to the

appellants in all the courts to abide the event. (See 178 N. Y. 364.)

BARTLETT, J. The motion should be denied, without costs. The opinion as originally written gave costs *to the appellants* in all the courts to abide the event. Prior to handing down the decision the opinion was amended by striking out the words "to the appellants," but owing to an oversight these words were not stricken from the copy of the opinion sent to the state reporter, and it was erroneously reported in 178 N. Y. 364, in its unamended form.

CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN and WERNER, JJ., concur.

Motion denied.